United States District Court
For the Northern District of California

**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DONNA WESTFALL,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF CRESCENT CITY, et al.,<br><br>    Defendants. | No. CV 10-5222 NJV<br><br>**ORDER GRANTING DEFENDANTS EXTENSIONS OF TIME TO FILE REPLIES** |

On July 11, 2011, Defendants City of Crescent City, Kelly Schellong, Dennis Burns, Charles Slert, Kathryn Murray, Bob Black, and Rod Butler filed a Motion to Dismiss Plaintiff Donna Westfall's Second Amended Complaint. (Docket No. 49.) Plaintiff failed to file a timely opposition to Defendants' motion. On August 1, 2011, Plaintiff filed an untimely opposition. (Docket No. 56.) Accordingly, Defendants are HEREBY GRANTED to and including August 17, 2011, to file their reply to Plaintiff's untimely opposition. No further briefing of any kind on this motion by Plaintiff will be considered by the Court.

Also on July 11, 2011, Defendants filed a Special Motion to Strike Plaintiff Donna Westfall's Second Amended Complaint. (Docket No. 50.) Plaintiff failed to file a timely opposition to Defendants' motion. On August 5, 2011, Plaintiff filed an untimely opposition. (Docket No. 61.)

Accordingly, Defendants are HEREBY GRANTED to and including August 17, 2011, to file their reply to Plaintiff's untimely opposition. No further briefing of any kind on this motion by Plaintiff will be considered by the Court**.**

    These matters remain set for hearing on August 30, 2011.

**IT IS SO ORDERED.**

Dated: August 9, 2011

NANDOR J. VADAS
United States Magistrate Judge

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DONNA WESTFALL, | No. C 10-05222 NJV |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| CITY OF CRESCENT CITY, et al., | |
| Defendants. | |
| _____/ | |

I, the undersigned, hereby certify that on August 9, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Donna Westfall
937 J Street
Crescent City, CA 95531

*Linn Van Meter*
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3