CORI R. SARNO, ESQ., SBN 230559
SERENA M. SANDERS. ESQ., SBN 264799
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants,
THE CITY OF CRESCENT CITY, a Municipal Corporation, KELLY SCHELLONG, DENNIS BURNS, CHARLES SLERT, KATHRYN MURRAY, BOB BLACK, and ROD BUTLER

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## EUREKA DIVISION

| | |
|---|---|
| DONNA WESTFALL, | Case No.: 10-CV-05222 NJV |
| Plaintiff, | **DECLARATION OF SERENA M. SANDERS IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE SECOND AMENDED COMPLAINT** |
| vs. | |
| THE CITY OF CRESCENT CITY, a Municipal Corporation, KELLY SCHELLONG, DENNIS BURNS, CHARLES SLERT, KATHRYN MURRAY, BOB BLACK, and ROD BUTLER in their Individual and Official Capacities, and DOES 1-100 | **Date: August 30, 2011**<br>**Time: 10:00 a.m.**<br><br>**Magistrate Judge Nandor J. Vadas** |
| Defendants. | |

I, Serena M. Sanders, hereby declare as follows:

1. I am an attorney duly licensed to practice law before all the Courts of the State of California and in the United States District Court, for the Northern District of California. I am an associate in the law firm of Angelo, Kilday, and Kilduff, LLP, attorneys of record for the Defendants The City of Crescent City, Kelly Schellong, Dennis Burns, Charles Slert and Kathryn Murray, Bob Black and Rod Butler and I make this declaration in support of Defendants' Motion to Strike Second Amended Complaint pursuant to California's Anti-SLAPP statute. If called upon to, I can testify competently and from personal knowledge to the following:

{MTS - Decl. SMS; 00055483} 1
**DECLARATION OF SERENA M. SANDERS IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE SECOND AMENDED COMPLAINT**

2. On July 13, 2011, my firm emailed to the Judicial Council a copy of the endorsed, file copy of its Special Motion to Strike filed on July 11, 2011.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 30th day of August 2011, at Sacramento, California.

*Serena M. Sanders*

00052423

{MTS - Decl. SMS: 00055483}2
**DECLARATION OF SERENA M. SANDERS IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE SECOND AMENDED COMPLAINT**